IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br>vs.<br><br>AMY GRIGG GRANT<br>               Defendant,<br><br>and<br><br>THE ORIGINAL PANKCAKE HOUSE, OPH FACTORY,<br>               Garnishee. | CASE NO. DNCW3:97CR294-17-MU<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

**THIS MATTER** is before the Court on Motion by the United States of America that the Court order the dismissal of the Order of Continuing Garnishment filed on October 25, 2011 (Docket No. 554) against Defendant Amy Grigg Grant because she has resigned from employment as of February 24, 2014. For the reasons stated therein, the Motion is **GRANTED**.

    **SO ORDERED**.

Signed: May 19, 2015

David S. Cayer
United States Magistrate Judge