UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:97-cr-00294-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **AMY GRIGG,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Order of Continuing Garnishment. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of Order of Continuing Garnishment (#563) is GRANTED, and such Order (#554) is dismissed.

Signed: May 21, 2015

Max O. Cogburn Jr
United States District Judge